UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-640-CR-HURLEY(MARRA)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARRYL BURKE,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing on July 22, 2011, for violations of supervised release. The Court adopts the Magistrate Judge's Report and Recommendation [DE 177] and finds the Defendant in violation of his supervised release. Therefore, it is hereby

**ORDERED and ADJUDGED** that the Defendant's term of supervised release imposed by the Court is **revoked** and the Defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **Five (5) months** with no supervision to follow. The Court recommends the defendant receive credit for time served from the date of arrest of this case on April 12, 2011.

**DONE and ORDERED** in West Palm Beach, this 25th day of July, 2011.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:    All counsel
       U.S. Probation
       U.S. Marshal